

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-14-00589-CV

Style:                         Rosemary Thompson and Timothy E. Thompson

                                **v**. HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home

                                Equity Loan Trust Series 2004-HE3 Asset-Backed-Pass-Through Certificates

Date motion filed:       September 29, 2014

Type of motion:          "Motion for Admissible Payment Agreement from Federal Independent Foreclosure Review

                                to the Appellant(s) as Key Evidence"

Party filing motion:     Appellants

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:                 Current Due date:
    Date Requested:

Ordered that motion is:

    ☐        Granted

        If document is to be filed, document due:

        ☐        Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒        Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

Judge's signature:    /s/ Terry Jennings
                ☑ Acting individually        ☐ Acting for the Court

Panel consists of    _____

Date:    November 25, 2014